UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Hon. Robert B. Kugler |
| Plaintiff(s), | : | Criminal No. 10-510(RBK) |
| v. | : | |
| KINARD J. HENSON, | : | |
| Defendant(s). | : | |

**O R D E R**

**THIS MATTER HAVING** come before the Court upon the application of defendant Kinard Henson, by his attorney Linda Foster, AFPD, for compassionate release pursuant to 18 U.S.C. § 3582(c)(1)(A)(i), and the court having considered the papers submitted including the opposition of the government by Alisa Shver, AUSA, and the court having heard oral argument on February 17, 2021, and for the reasons expressed on the record on that date,

**IT IS ON THIS** __17th__ day of February, 2021, **ORDERED** that defendant's Motion for Compassionate Release, be and is hereby **DENIED**.

    _s/Robert B. Kugler_
    ROBERT B. KUGLER
    United States District Judge