Kinard J. Henson
#14129-002
FCI- Ft. Dix
POB 2000
Joint Base MDC, NJ 08640

RECEIVED MAR 15 2021 AT 8:30 WILLIAM T. WALSH CLERK

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
Camden Division

| | |
|---|---|
| **KINARD J. HENSON,** | Case No. 10-cr-510-2 |
| Defendant/Appellant, | NOTICE OF APPEAL |
| vs | REQUEST FOR IFP STATUS |
| **UNITED STATES OF AMERICA,** | |
| Plaintiff/Appellee. | |

**COMES NOW,** Kinard J. Henson, ("Movant" hereinafter), who respectfully brings his Notice of Appeal before this Honorable Court. He respectfully asks that the Court grant him IFP status and that the Court request that the Clerk forward his Record on Appeal.

The issues to be raised include whether the Court considered his handwritten brief, apparently ignored by the FPD who filed a brief and the formal motion dated in August in which he specifically sought compassionate release. The Objections filed by the AUSA ignore the rules for adjudicating such Motions. Ms. Shver relies on obsolete Guideline procedures and fails to recognize that the criteria for granting compassionate release are met by his Motion, irrespective of what the FPD sought. A big question is whether the "Lock 'em Up and Throw Away the key" mentality is appropriate given the current state

of the law and prison conditions. Other issues will be addressed in the Formal Opening Brief.

/S/_____
Kinard Henson, Appellant

### CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of this Notice was served upon AUSA Alisa Shver, 401 Market Street, 4th Floor, Camden, NJ 08102, with postage prepaid, the day and date set forth above.

/S/_____
Kinard Henson, Pro Se

Kinard J. Henson
#14129-002
FCI-Ft. Dix
POB 2000
Joint Base MDC, NJ -8640

SIOUX FALLS SD 570
1 MAR 2021 PM 1 L
FOREVER / USA

RECEIVED
MAR 15 2021
AT 8:30_____ M
WILLIAM T. WALSH
CLERK

Clerk of Courts
U.S. Courthouse
4th & Cooper Streets
Camden, NJ 08101

08101-999955